IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILL MCCONNELL, | : | Civil Action No. 4:11-CV-0972 |
| | : | |
| Plaintiff, | : | (Judge Brann) |
| | : | |
| v. | : | |
| | : | |
| CANADIAN PACIFIC HILLS | : | |
| PLAZA, *a Pennsylvania Limited* | : | (Magistrate Judge Carlson) |
| *Partnership*, | : | |
| | : | |
| Defendant. | : | |

**ORDER**

January 16, 2014

1. Chief Magistrate Judge Martin C. Carlson's September 11, 2013 Report and Recommendation is ADOPTED in part and REJECTED in part.

2. Defendant's March 7, 2013 Motion to Strike is GRANTED. ECF No. 103.

3. Defendant's February 4, 2013 Motion for Summary Judgment is GRANTED in part and DENIED in part. ECF No. 85.

4. Plaintiff's February 4, 2013 Motion for Summary Judgment is DENIED. ECF No. 87.

5. Insofar as Plaintiff's claims rest on alleged discriminatory conditions

1

in the women's restroom and on a potential for the recurrence of alleged discriminatory conditions of non-permanent features, final judgment is entered in favor of Defendant and against Plaintiff on these aspects of Plaintiff's claim.

BY THE COURT:

   s/ Matthew W. Brann     
Matthew W. Brann
United States District Judge